1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JOSE ALFREDO OCHOA MORANDO,      ) NO. CV 11-368-MMM (MAN)
                                      )
12                  Petitioner,       )
                                      )
13        v.                          ) JUDGMENT
                                      )
14   JOHN F. SALAZAR,                 )
                                      )
15                  Respondent.       )
     _____)

16

17

18        Pursuant to the Court's Order:  Dismissing Petition As Second Or

19   Successive; And Denying A Certificate Of Appealability,

20

21        IT IS ADJUDGED that the above-captioned action is dismissed,

22   without prejudice, as second or successive, pursuant to 28 U.S.C. §

23   2244(b).

24

25   DATED:  _January 19, 2011_ .

26

27                                    _____

28                                    MARGARET M. MORROW
                                      UNITED STATES DISTRICT JUDGE